# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ASRIEALE HASSEL                                                                                    PLAINTIFF
ADC #711833

v.                                          NO. 5:14CV00217 JLH-BD

BERNARD WILLIAMS, et al.                                                                      DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Asrieale Hassel's Americans with Disabilities Act claim is DISMISSED, without prejudice.

IT IS SO ORDERED this 14th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE