# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ASRIEALE HASSEL**  **PLAINTIFF**
**ADC #711833**

v.　　　　　　　NO. 5:14CV00217 JLH-BD

**BERNARD WILLIAMS, et al.**　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Williams's motion to dismiss (docket entry #25) is GRANTED. Hassel's claims against Defendant Williams are DISMISSED, without prejudice.

IT IS SO ORDERED this 24th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE