IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ASRIEALE HASSEL**                                                    **PLAINTIFF**
**ADC #711833**

v.                    NO. 5:14CV00217 JLH-BD

**BERNARD WILLIAMS, et al.**                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 24th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE